ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Priscilla.Obriant@lewisbrisbois.com
*Attorneys for USAA CASUALTY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| KEITH FINKELSTEIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY; JOHN DOES I-XX, inclusive; ABC CORPORATIONS 1-X, inclusive; and BLACK AND WHITE COMPANIES 1-X, inclusive,<br><br>　　　　Defendants. | CASE NO.:　　3:20-cv-411-MMD-CLB<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CAPTION AND SERVICE LIST** |

Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant"), by and through its attorney of record Robert W. Freeman, Esq., and Priscilla L. O'Briant, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby request that Damon A. Stemen, Esq. be removed from the caption and list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4851-4350-6377.1

1 Damon A. Stemen, Esq. is no longer with Lewis Brisbois Bisgaard & Smith, LLP. Given the remaining attorneys at Lewis Brisbois Bisgaard & Smith, LLP who have appeared on behalf of Defendant, no party will be prejudiced by this counsel's withdrawal.

DATED this 27th day of August, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

BY  /s/ Priscilla L. O'Briant
   ROBERT W. FREEMAN
   Nevada Bar No. 3062
   PRISCILLA L. O'BRIANT
   Nevada Bar No. 10171
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   *Attorneys for Defendant USAA CASUALTY INSURANCE COMPANY*

IT IS SO ORDERED.

Dated: August 28, 2020

_____
UNITED STATES MAGISTRATE JUDGE



4851-4350-6377.1

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of, and that on this 27th day of August, 2020, I did cause a true copy of **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CAPTION AND SERVICE LIST** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

TERRY FRIEDMANESQ.
JULIE McGRATH THROOP, ESQ.
300 South Arlington Avenue
Reno, NV  89501
(775) 322-6500 T
(775) 322-3123 F
*Attorney for Plaintiff*
*Keith Finklestein*

By  /s/ *Anne Cordell*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP



4851-4350-6377.1

3