1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  PRISCILLA L. O'BRIANT
   Nevada Bar No. 10171
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone: (702) 893-3383
5  Fax: (702) 893-3789
   E-Mail: Robert.Freeman@lewisbrisbois.com
6  E-Mail: Priscilla.Obriant@lewisbrisbois.com
   *Attorneys for Defendant*
7  *USAA CASUALTY*
   *INSURANCE COMPANY*
8

9               UNITED STATES DISTRICT COURT

10              DISTRICT OF NEVADA, NORTHERN DIVISION

11 | KEITH FINKELSTEIN, | CASE NO.: 3:20-cv-411-MMD-CLB
12 |     Plaintiff,     |
13 |     vs.            | STIPULATION AND ORDER FOR DISMISSAL
14 | USAA CASUALTY INSURANCE COMPANY; JOHN DOES I-XX, inclusive; ABC CORPORATIONS 1-X, inclusive; and BLACK AND WHITE COMPANIES 1-X, inclusive, |
17 |     Defendants.    |

18

19

20     IT IS HEREBY STIPULATED by and between Plaintiff KEITH FINKELSTEIN

21 ("Finkelstein ) and Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant"), by

22 and through their respective undersigned counsel, that all claims in the above-entitled action

23 against

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4837-3802-0544.2

1  Defendant shall be dismissed in their entirety, with prejudice, each party to bear its own costs and
2  attorneys' fees.

3  DATED this 7th day of December, 2021.         DATED this ☐th day of November, 2021.

4  LEWIS BRISBOIS BISGAARD & SMITH             TERRY FRIEDMAN AND JULIE THROOP,
5                                                PLLC

6  BY: /s/ Jennifer A. Taylor                    BY: _____
7      Robert W. Freeman, Esq.                       TERRY FRIEDMAN, ESQ.
       Nevada Bar No. 3062                           JULIE McGRATH THROOP, ESQ.
8      Priscilla L. O'Briant, Esq.                   300 South Arlington Avenue
       Nevada Bar No. 10171                          Reno, NV 89501
9      Jennifer A. Taylor, Esq.                      *Attorney for Plaintiff*
       Nevada Bar No. 6141                           *Keith Finkelstein*
10     6385 S. Rainbow Boulevard, Suite 600
       Las Vegas, Nevada 89118
11     *Attorneys for Defendant*
       *USAA CASUALTY INSURANCE*
12     *COMPANY*

13

14  **IT IS SO ORDERED.**

15

16                                                _____
                                                  UNITED STATES DISTRICT COURT JUDGE
17

18                                                DATED: December 8, 2021

19

20

21

22

23

24

25

26

27

28  4837-3802-0544.2                         2

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW